Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
J. Mark Gidley (*pro hac vice*)
Email: mgidley@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No.: 3:07-md-01827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corp., et al*, Case No. 10-CV-4572 SI,<br><br>*Best Buy Co., Inc., et al. v. Toshiba Corp., et al.*, Case No. 12-CV-4114 SI,<br><br>*Eastman Kodak Co. v. Epson Imaging Devices Corp., et al.*, Case No. 10-CV-5452 SI,<br><br>*Target Corp., et. al.*, v. *AU Optronics Corp., et al.*, Case No. 10-CV-4945 SI | **DECLARATION OF JOHN H. CHUNG IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 16 TO ADMIT DISPLAYSEARCH REPORTS**<br><br>Date: July 9, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

I, JOHN H. CHUNG, declare as follows:

1. I am an attorney duly licensed by the State of New York. I am admitted to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, pursuant to this Court's Order Granting Application for Admission of Attorney John H. Chung *Pro Hac Vice*, dated February 1, 2010. I am a partner in the law firm of White & Case LLP, counsel of record for Toshiba Corporation ("TSB"), Toshiba Mobile Display Co., Ltd. ("TMD"), Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. ("TAIS") (collectively, "Toshiba"). Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

2. I make this declaration in support of Defendants' Motion *in Limine* No. 16 to Admit DisplaySearch Reports.

3. On June 14, 2013, Plaintiffs served their response to Defendants' Joint Exhibit List. On information and belief, Plaintiffs' response raises hearsay objections to each DisplaySearch and other market research report appearing on Defendants' Joint Exhibit List.

4. Attached hereto as **Exhibit A** is a true and correct copy of a DisplaySearch reported dated the first quarter of 2000, bearing the Bates range GRNE-H-0042464 through GRNE-H-0042574.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from transcripts of the DPP trial. The excerpts include portions of testimony given by Clayton Bond on June 18, 2012 and by Paul Semenza on June 21, 2012.

6. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the "About" section of NPD DisplaySearch's website, which is available at http://www.displaysearch.com/cps/rde/xchg/displaysearch/hs.xsl/about_methodology.asp.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June, 2013, at Washington, D.C.

Respectfully submitted,

Dated: June 18, 2013

WHITE & CASE LLP

By: /s/ John H. Chung
John H. Chung