1   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    Roman M. Silberfeld, Bar No. 62783
2   RMSilberfeld@rkmc.com
    David Martinez, Bar No. 193183
3   DMartinez@rkmc.com
    2049 Century Park East, Suite 3400
4   Los Angeles, CA 90067-3208
    Telephone:    310-552-0130
5   Facsimile:    310-229-5800

6   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    Laura E. Nelson, Bar No. 231856
7   LENelson@rkmc.com
    800 LaSalle Avenue
8   2800 LaSalle Plaza
    Minneapolis, MN 55402
9   Telephone:    612-349-8500
    Facsimile:    612-339-4181

10  *Attorneys For Plaintiffs Best Buy Co., Inc.; Best Buy*
11  *Purchasing LLC; Best Buy Enterprise Services, Inc.;*
    *Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and*
12  *Magnolia Hi-Fi, Inc.*

13  **[Additional Counsel Listed On Signature Page]**

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17
    IN RE TFT-LCD (FLAT PANEL)          | Master File No. 07-MD-1827 SI
18  ANTITRUST LITIGATION                | MDL No. 1827

19                                      | Individual Cases:
    This Documents Relates To:          | Case No. 10-CV-4572
20                                      | Case No. 12-CV-4114
    *Best Buy v. AU Optronics Corp. et al,*  | Case No. 10-CV-5452
21  Case No. 10-CV-4572,                | Case No. 10-CV-4945

22  *Best Buy v. Toshiba Corp. et al,*  | **AMENDED NOTICE OF MOTIONS**
    Case No. 12-CV-4114                 | **AND MOTIONS *IN LIMINE* NO. 10)**
23
    *Eastman Kodak Company v. Epson Imaging*
24  *Devices Corp. et al.,*
    Case No. 10-CV-5452
25                                      | Date:    July 9, 2013
    *Target Corp., et. al., v. AU Optronics Corp. et*  | Time:    10:00 a.m.
26  *al.,*                              | Ctrm:    10, 19th Floor
    Case No. 10-CV-4945
27                                      | **The Honorable Susan Y. Illston**

28

---

Plaintiffs' Amended Motion *In Limine* No. 10                Master File No. M07-1827 SI
83947821.6

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2           PLEASE TAKE NOTICE THAT on July 9, 2013, at 10:00 a.m., before the Honorable

3    Susan Y. Illston, United States District Judge of the Northern District of California, San Francisco

4    Division, located in Courtroom 10, 19th Floor, 455 Golden Gate Avenue, San Francisco,

5    California, the Track 1B Plaintiffs[1] ("Plaintiffs") will and hereby do move the Court for an order

6    granting a motion *in limine* exclude references to, and evidence of the ability of Plaintiffs to seek

7    treble damages and attorneys' fees and costs.

8           This motion is based on this amended notice, supporting memorandum of points and

9    authorities, and the other records, papers, and orders in this action, as well as such additional

10   evidence and arguments as may be presented by the parties before or at the hearing.

11          Respectfully submitted this 1st day of July, 2013.

12                                          */s/ Roman M. Silberfeld*
                                            Roman M. Silberfeld, Bar No. 62783
13                                          David Martinez, Bar No. 193183
                                            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
14                                          2049 Century Park East, Suite 3400
                                            Los Angeles, CA  90067-3208
15                                          Telephone:     310-552-0130
                                            Facsimile:     310-229-5800
16                                          Email:     RMSilberfeld@rkmc.com
                                                       DMartinez@rkmc.com
17
                                            Laura E. Nelson, Bar No. 231856
18                                          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                            800 LaSalle Avenue
19                                          2800 LaSalle Plaza
                                            Minneapolis, MN  55402
20                                          Telephone:     612-349-8500
                                            Facsimile:     612-339-4181
21                                          Email:     LENelson@rkmc.com

22                                          *Attorneys For Plaintiffs Best Buy Co., Inc.; Best*
                                            *Buy Purchasing LLC; Best Buy Enterprise*
23                                          *Services, Inc.; Best Buy Stores, L.P.; BestBuy.com,*
                                            *LLC; and Magnolia Hi-Fi, Inc.*
24

25

26

27   [1] The Track 1B Plaintiffs are the Best Buy Plaintiffs, Target Corporation, Sears, Roebuck & Co.,
     Kmart Corp., RadioShack Corp., Old Comp, Inc., Newegg, Inc., Good Guys Inc., and Eastman
28   Kodak Company.

1
/s/ Janet I. Levine

2
Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)

3
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

4
Telephone:     213-622-4750

5
Facsimile:     213-622-2690
Email:       jmurray@crowell.com

6
             jlevine@crowell.com

7
Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)

8
Matthew J. McBurney (pro hac vice)
CROWELL & MORING LLP

9
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

10
Telephone:     202-624-2500
Facsimile:     202-628-5116

11
Email:       jhoward@crowell.com
             jmurphy@crowell.com

12
             mmcburney@crowell.com

13
Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)

14
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP

15
1875 Eye Street NW
Washington, DC 20006

16
Telephone:     202-580-8822
Facsimile:     202-580-8821

17
Email:       adams@adamsholcomb.com
             holcomb@adamsholcomb.com

18
             leonardo@adamsholcomb.com

19
*Attorneys for Plaintiffs Target Corporation; Sears,
Roebuck & Co.; Kmart Corp.; RadioShack Corp.,*

20
*Old Comp, Inc.; Newegg, Inc., and Good Guys
Inc.*

21
/s/ Karl D. Belgum

22
Karl D. Belgum (State Bar No. 122752)
John R. Foote (State Bar No. 99674)

23
Blaire Z. Russell (State Bar No. 271693)
NIXON PEABODY LLP

24
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

25
Telephone:     415- 984-8200
Facsimile:     415-984-8300

26
Email:       kbelgum@nixonpeabody.com
             jfoote@nixonpeabody.com

27
             brussell@nixonpeabody.com

28
*Attorneys for Plaintiff Eastman Kodak Company*

---

1

**PRIOR RELEVANT COURT ORDERS**

2       Pursuant to the Court's Order of April 9, 2012 (MDL Dkt. No. 5430), Plaintiffs identify

3   the following relevant orders:

4       *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07-1827 SI (Relating to All

5   Direct-Purchaser Plaintiff Class Actions), Final Pretrial Scheduling Order (MDL Dkt. No. 5597,

6   May 4, 2012).

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# I.

## INTRODUCTION

Plaintiffs' Motion in Limine No. 10 (filed on June 18, 2013) is hereby amended to reflect that Plaintiff Kmart will not be seeking treble damages with respect to its Michigan state law claim, thus making any reference to trebling under federal or state law unnecessary and prejudicial. Kmart has offered to enter into a stipulation with Defendants on this point, which based on the controlling case law in this Circuit, removes the only potential basis to oppose this Motion. But Defendants have asserted, without explanation or authority, that even if Kmart waives its claim for treble damages under Michigan law, they intend to oppose the Motion. Plaintiffs are therefore compelled to file an amended motion in limine to clarify the issue for the Court.

**10.    Motion to Exclude References to, And Evidence of the Ability of Plaintiffs to Seek Treble Damages And Attorneys' Fees And Costs.**

Plaintiffs move to exclude introduction of any evidence at trial regarding Plaintiffs' ability to recover treble damages or attorneys' fees and costs. Such evidence is irrelevant, would improperly interfere with the jury's fact-finding role, and would unfairly prejudice the Plaintiffs.[2] Plaintiffs' entitlement to treble damages is inadmissible in a jury trial. See, e.g., Brooks v. Cook, 938 F.2d 1048, 1052 (9th Cir. 1991) ("An instruction informing the jury of the trebling provision 'is an invitation to the jury to negate Congress' determination that actual damages should be trebled in order to deter antitrust violations and encourage private enforcement of the antitrust laws.'") (citation omitted); In re Tableware Antitrust Litig., No. C-04-3514 VRW, 2007 WL 781960, at *3 (N.D. Cal. March 13, 2007) ("In antitrust actions, 'courts have uniformly concluded that mentioning treble damages and attorney fees to the jury is improper.'") (quoting HBE Leasing Corp. v. Frank, 22 F.3d 41 (2d Cir. 1994)) (internal brackets omitted); In re Static Random Access Memory (SRAM) Antitrust Litig., No. 07-md-1819 CW (N.D. Cal.) (Dec. 16,

---

[2] In an effort to streamline the presentation of evidence at trial, Plaintiff Kmart will not seek discretionary trebling for its Michigan state law damages, thus obviating the need to establish at trial that Defendants' violations are "flagrant" pursuant to Mich. Comp. Laws. Ann. 445.778.

2010), Order on Motions In Limine and for Pre-Trial Preparation, at *6 (Dkt. No. 1206) ("SRAM MIL Order").

Likewise, the jury should not be informed of Plaintiffs' potential right to receive attorneys' fees. See Brooks, 938 F.2d at 1048 ("[i]n a case where the plaintiff is entitled to compensatory damages, informing the jury of the plaintiff's potential right to receive attorneys' fees might lead the jury to offset the fees by reducing the damage award."); HBE Leasing Corp. v. Frank, 22 F.3d 41, 45-46 (2d Cir. 1994) (collecting case law and holding "[i]n that context [of antitrust violations] as well, courts have uniformly concluded that mentioning treble damages and attorneys' fees to the jury is improper.").

In the DPP Class Action Case, this Court granted a similar motion.  Order dated 5/4/12 (Dkt. No. 5597, p. 4, No. 1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2                                          II.

3                                     CONCLUSION

4          For all of the foregoing reasons, Plaintiffs respectfully request that the Court grant their

5   motions *in limine*.

6   Respectfully submitted this 1st day of July, 2013.

7

8                                                      */s/ Roman M. Silberfeld*

9                                          Roman M. Silberfeld, Bar No. 62783
                                           David Martinez, Bar No. 193183
10                                         ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                           2049 Century Park East, Suite 3400
11                                         Los Angeles, CA 90067-3208
                                           Telephone:     310-552-0130
12                                         Facsimile:     310-229-5800
                                           Email:     RMSilberfeld@rkmc.com
13                                                        DMartinez@rkmc.com

14                                         Laura E. Nelson, Bar No. 231856
                                           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
15                                         800 LaSalle Avenue
                                           2800 LaSalle Plaza
16                                         Minneapolis, MN 55402
                                           Telephone:     612-349-8500
17                                         Facsimile:     612-339-4181
                                           Email:     LENelson@rkmc.com

18                                         *Attorneys For Plaintiffs Best Buy Co., Inc.; Best*
                                           *Buy Purchasing LLC; Best Buy Enterprise*
19                                         *Services, Inc.; Best Buy Stores, L.P.;*
                                           *BESTBUY.COM, L.L.C.;*
20                                         *and Magnolia HI-FI, INC*

21                                                      */s/ Janet I. Levine*

22                                         Jason C. Murray (CA Bar No. 169806)
                                           Janet I. Levine (CA Bar No. 94255)
23                                         CROWELL & MORING LLP
                                           515 South Flower St., 40th Floor
24                                         Los Angeles, CA 90071
                                           Telephone: 213-622-4750
25                                         Facsimile:   213-622-2690
                                           Email: jmurray@crowell.com
26                                                     jlevine@crowell.com

27                                         Jeffrey H. Howard (pro hac vice)
                                           Jerome A. Murphy (pro hac vice)
28                                         Matthew J. McBurney (pro hac vice)
                                           CROWELL & MORING LLP
                                           1001 Pennsylvania Avenue, N.W.

Plaintiffs' Amended Motion *In Limine* No. 10                          Master File No. M07-1827 SI
                                                         Individual Files 10-CV-4572; 10-CV-5452; 10-CV-4945; 12-CV-4114
                                                3

Washington, D.C.  20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:     jhoward@crowell.com
            jmurphy@crowell.com
            mmcburney@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Target Corporation;
Sears, Roebuck & Co; Kmart Corp.; RadioShack
Corp., Old Comp, Inc.; Newegg, Inc., and Good
Guys Inc.*

                    */s/ Karl D. Belgum*

Karl D. Belgum (State Bar No. 122752)
John R. Foote (State Bar No. 99674)
Blaire Z. Russell (State Bar No. 271693)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Email: kbelgum@nixonpeabody.com
        jfoote@nixonpeabody.com
        brussell@nixonpeabody.com

*Attorneys for Plaintiff Eastman Kodak Company*

---

Plaintiffs' Amended Motion *In Limine* No. 10                     Master File No. M07-1827 SI

Individual Files 10-CV-4572; 10-CV-5452; 10-CV-4945; 12-CV-4114

4