# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:12-cv-4114 SI (N.D. Cal.)<br>MDL NO. 1827 |
| This Document Relates to Individual Case No. 3:12-cv-4114 SI:<br><br>*Best Buy Co., Inc., et al.*,<br><br>        Plaintiffs,<br><br>*v.*<br><br>*Toshiba Corp., et al.*,<br><br>        Defendants. | **[**~~PROPOSED~~**] ORDER RE TOSHIBA ENTITIES'** *EX PARTE* **APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

Having considered the Toshiba Entities' *Ex Parte* Application to File Documents Under Seal, and good cause appearing:

IT IS HEREBY ORDERED that the following materials currently lodged with the Court pursuant to Civil Local Rule 79-5 shall be filed under seal:

- Designated portions of the Reply Memorandum in Support of Toshiba Entities' Motion for Summary Judgment (the "Reply"), which refer to materials filed under seal in Best Buy's opposition or other materials designated confidential or highly confidential pursuant to the Protective Order;

- Exhibits A, I, L, M and V to the Declaration of John H. Chung in Support of the Reply.

IT IS SO ORDERED.

DATED: 7/8 , 2013

The Honorable Susan Illston
United States District Judge